UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14014-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CLARENCE EDGAR ALEXANDER III,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on August 21, 2008. A Report and Recommendation was filed on August 27, 2008, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Counts One, Four and Five of the Indictment which charges the Defendant in Count One with conspiracy to manufacture, distribute and possess with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 846; in Count Four with possession of listed chemicals with intent to manufacture methamphetamine, in violation of Title 21, United States Code, Section 841(c)(1); and in Count Five with maintaining a place for the purpose of manufacturing and distributing methamphetamine, in violation of Title 21, united States Code, Section 856(a)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8 day of September, 2008.

                                                              _____
                                                              JOSE E. MARTINEZ
                                                              UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office