UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-14014-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLARENCE EDGAR ALEXANDER III,
a/k/a Lance Alexander

        Defendant.
_____/

## SATISFACTION OF CRIMINAL MONETARY PENALTIES JUDGMENT

Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, hereby deems satisfied, the criminal monetary penalties judgment regarding assessment/fine/restitution imposed on November 14, 2008, against Clarence Edgar Alexander III. The Clerk of the United States District Court of Florida is authorized and empowered to satisfy and cancel said Judgment of record.

Respectfully submitted,

BENJAMIN A. GREENBERG
UNITED STATES ATTORNEY

BY:   */s/ Danielle Croke*
      Danielle Croke
      Assistant US Attorney
      Fla. Bar No. 0723258
      99 NE 4th Street, #300
      Miami, FL 33132-2111
      Tel: (305) 961-9420
      Fax: (305) 530-7195
      E-mail: danielle.croke@usdoj.gov